PITMAN TITLE AND TRUST COMPANY, trustee, complainant-respondent,

*v.*

STEPHEN ROSCOE BATEMAN et al., defendants-appellants.

[Decided January 31st, 1936.]

596

*Mr. Oscar B. Redrow,* for the appellants.

*Mr. S. Rusling Leap* and *Mr. Joseph R. Applebaum,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Davis in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.